UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 01-40796
Conference Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

v.

MORGAN ALLEN HARRIS,

Defendant-Appellant.

_____

Appeal from the United States District Court for the
Southern District of Texas, Houston
C-01-CR-27-1
_____

December 2, 2002

Before JOLLY, JONES and BENAVIDES, Circuit Judges.[*]

PER CURIAM:

IT IS ORDERED that Appellant's motion to recall the mandate
pursuant to Rule 41.2 of the Fifth Circuit Rules, reopen this
appeal, vacate appellant's sentence and to remand for resentencing
in light of the en banc opinion in *USA v. Charles*, Case No. 01-
10113, is GRANTED.

_____

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

MANDATE RECALLED, SENTENCE VACATED AND REMANDED TO THE DISTRICT COURT IN LIGHT OF *USA v. CHARLES*.